In the Matter of the Claim of MICHAEL TEDESCO, Appellant, against GENERAL ELECTRIC COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted April 20, 1953; decided April 24, 1953.

*J. Vincent Smith* for motion.

*Michael Tedesco,* in person, and *Arthur J. Harvey* for cross motion and in opposition to motion.

Motion granted unless, within twenty days, appellant files seven typewritten copies of his points upon appeal with the Court of Appeals and serves one copy thereof upon respondent, in which events motion denied and case set down for argument during the May, 1953, session of the Court of Appeals. Cross motion granted and Arthur J. Harvey assigned as counsel to prosecute the appeal.